912

No. 80–1513. HERMAN BLUM CONSULTING ENGINEERS, INC. v. HADRA. C. A. 5th Cir. Certiorari denied. ▮

No. 80–1531. TWIN FALLS CANAL CO. ET AL. v. CANYON VIEW IRRIGATION CO. Sup. Ct. Idaho. Certiorari denied.

No. 80–1539. JACKSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–1554. DAWE v. ROBINSON, UNITED STATES MARSHAL. C. A. 9th Cir. Certiorari denied.

No. 80–1555. LINTON ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–1557. BUCHANAN v. UNITED STATES. C.. A. 5th Cir. Certiorari denied.

No. 80–1560. CALDER v. UNITED STATES; and
No. 80–6291. CALDER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 641 F. 2d 76.

No. 80–1585. SINDONA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–1598. BOWMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–5790. WEAVER v. PHILLIPS ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–5813. RESENDEZ v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 80–5836. WILSON v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 80–5900. SIMMS v. UNITED STATES. Ct. App. D. C. Certiorari denied.